NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JESS W. WOOD,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7041

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 07-1275, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

**ORDER**

Upon consideration of Jess W. Wood's motion to voluntarily withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

For The Court

**MAR 2 8 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
Scott D. Austin, Esq.

s21

Issued As A Mandate: __**MAR 2 8 2011**__